**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-61290-LEIBOWITZ**

**ARMAN MOTIWALLA,**

     *Plaintiff,*

v.

**INNOVATIVE PARTNERS, L.P.,**

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed this action on June 26, 2025. [ECF No. 1]. The same day, a summons was issued for Defendant. [ECF No. 3]. To date, there is no indication in the court docket that Defendant has been served with a copy of the summons and Complaint. Federal Rule of Civil Procedure 4(m) requires the Court to dismiss any civil action in which the defendant has not been served within ninety (90) days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m).

It is therefore **ORDERED AND ADJUDGED** that on or before **September 24, 2025,** Plaintiff shall perfect service upon Defendant or show cause why this case should not be dismissed for failure to effectuate service of process. Failure to file proof of service or show good cause by **September 24, 2025,** will result in dismissal of this action, *without further notice.*

**DONE AND ORDERED** in the Southern District of Florida on July 8, 2025.

                        _____
                        DAVID S. LEIBOWITZ
                        UNITED STATES DISTRICT JUDGE

cc:     counsel of record