**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

|  |  |
|---|---|
| **ARMAN MOTIWALLA**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**INNOVATIVE PARTNERS L.P.**, a Texas limited partnership,<br><br>Defendant. | CIVIL ACTION<br><br>**Case No. 0:25-cv-61290-LEIBOWITZ** |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES attorney Benjamin H. Yormak and Yormak Employment & Disability Law, counsel for Plaintiff, ARMAN MOTIWALLA, and requests that this Honorable Court enter an Order allowing Benjamin H. Yormak, Esq. and Yormak Employment & Disability Law to withdraw as counsel for ARMAN MOTIWALLA, and to relieve him and his law firm from any and all further responsibility with regard to ARMAN MOTIWALLA.

Undersigned counsel's motion to withdraw is made pursuant to Rule 4-1.16(a)(1) and (b)(1), (4) and (5) of the Rules Regulating the Florida Bar. Counsel provided notice of the intent to withdraw to ARMAN MOTIWALLA on August 29, 2025, and there is no objection to the same. The Defendant's Motion to Dismiss (Doc. 12) was just filed on August 26, 2025, and the deadline to respond to it or to file an amended complaint is presently September 9, 2025. No other motions are pending. Discovery has not commenced, and trial is not set. As such, no prejudice will result to ARMAN MOTIWALLA, the Defendant or to the Court by undersigned counsel's withdrawal. Undersigned counsel conferred with counsel for the Defendant, who advised the Defendant does

1

not object to the relief sought herein (including a 30-day enlargement of time for the Plaintiff to respond to Defendant's Motion to Dismiss). Mr. Motiwalla's last known address and contact information is as follows:

ARMAN MOTIWALLA
8881 N. Lake Dasha Drive
Plantation, FL 33324
Arman.Motiwalla@gmail.com
(858) 752-0876

## **CONCLUSION**

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting this Motion to Withdraw and affording the Plaintiff an extension of time to October 9, 2025 to respond to the Defendant's Motion to Dismiss, and all other relief the Court deems just and proper.

Respectfully submitted,

Dated: August 29, 2025

**s/ Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Trial Counsel for Plaintiff
Yormak Employment & Disability Law
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I emailed/mailed the foregoing document and the notice of electronic filing by email to the following non-CM/ECF participants:

ARMAN MOTIWALLA
arman.motiwalla@gmail.com
720-518-9436

**s/ Benjamin H. Yormak**
Benjamin H. Yormak