UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-61290-LEIBOWITZ

ARMAN MOTIWALLA,
    *Plaintiff*,

v.

INNOVATIVE PARTNERSHIPS, L.L.P.,
    *Defendant.*

_____/

### ORDER

**THIS CAUSE** is before the Court on the Motion to Withdraw as Counsel for Plaintiff [ECF No. 13] (the "Motion") filed on August 29, 2025—three days after Defendant moved to dismiss this ERISA case. [*See* ECF No. 12]. In the Motion, Plaintiff's counsel cites only generally to the Florida Rules of Professional Responsibility, without providing any details as to why ceasing to represent Plaintiffs is required. Without more, this Court is unable to properly evaluate the request. Further, a response to Defendant's motion to dismiss is due on September 9, 2025, seven days from today. Without counsel, Plaintiff would have to respond *pro se*. That would be unfair to both Plaintiff and the Defendant, especially since Defendant's motion to dismiss was filed on August 26, 2025, and counsel for Plaintiff moved to withdraw *three days* after the motion was filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 13**] is **DENIED without prejudice. Counsel must respond to Defendant's Motion to Dismiss [ECF No. 12] by the September 9, 2025, deadline**. Counsel may move again for leave to withdraw after the Court rules on the Motion to Dismiss and Plaintiff has had sufficient time to retain substitute counsel.

**DONE AND ORDERED** in the Southern District of Florida on September 2, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record