UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **ARMAN MOTIWALLA**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**INNOVATIVE PARTNERS L.P.**, a Texas limited partnership,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 0:25-cv-61290-LEIBOWITZ |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW

**NOW COMES** the Plaintiff, by and through undersigned counsel, and files Plaintiff's Response to Defendant's Motion to Dismiss and Incorporated Memorandum of Law, and states as follows:

1. The Defendant's Motion to Dismiss (Doc. 12) is due to be denied as moot. The Plaintiff has elected to file an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B), which Rule allows a party to amend its pleading once as a matter of course 21-days after service of a responsive pleading or 21-days after service of a motion under Rule 12(b).

### MEMORANDUM OF LAW

2. Since the Plaintiff has amended the Complaint as of the filing of this response, no substantive response to the Defendant's Motion to Dismiss is required. *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999).

## CONCLUSION

WHEREFORE, the Plaintiff respectfully requests that the Court enter an Order denying the Defendant's Motion to Dismiss and all other relief the Court deems just and proper.

Respectfully submitted,

Dated: September 4, 2025

**/s/ Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Lead Counsel for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

**s/ Benjamin H. Yormak**
Benjamin H. Yormak