**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

|  |  |
|---|---|
| **ARMAN MOTIWALLA**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**INNOVATIVE PARTNERS L.P.**, a Texas limited partnership,<br><br>Defendant. | **CIVIL ACTION**<br><br><br>**Case No. 0:25-cv-61290-LEIBOWITZ** |

## RENEWED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

NOW COMES attorney Benjamin H. Yormak and Yormak Employment & Disability Law, counsel for Plaintiff, ARMAN MOTIWALLA, and renews his request that this Honorable Court enter an Order allowing Benjamin H. Yormak, Esq. and Yormak Employment & Disability Law to withdraw as counsel for ARMAN MOTIWALLA, and to relieve him and his law firm from any and all further responsibility with regard to ARMAN MOTIWALLA. In support, the undersigned states as follows:

1. On August 29, 2025, the undersigned filed his Motion to Withdraw. (Doc. 12). In the original motion, the undersigned explained in relevant part:

> Undersigned counsel's motion to withdraw is made pursuant to Rule 4-1.16(a)(1) and (b)(1), (4) and (5) of the Rules Regulating the Florida Bar. Counsel provided notice of the intent to withdraw to ARMAN MOTIWALLA on August 29, 2025, and there is no objection to the same. The Defendant's Motion to Dismiss (Doc. 12) was just filed on August 26, 2025, and the deadline to respond to it or to file an amended complaint is presently September 9, 2025. No other motions are pending. Discovery has not commenced, and trial is not set. As such, no prejudice will result to ARMAN MOTIWALLA, the Defendant or to the Court by undersigned counsel's withdrawal. Undersigned counsel conferred with counsel for the Defendant, who advised the Defendant does not object to the relief sought herein

1

(including a 30-day enlargement of time for the Plaintiff to respond to Defendant's Motion to Dismiss).

2.   However, the Court was concerned that the motion was made while a motion to dismiss was pending and so it denied the motion. (Doc. 14). As the record reflects, the Plaintiff has now filed a Verified Amended Complaint (Doc. 15) and the Defendant's motion to dismiss will thus be denied as moot. (*See* Doc. 16, citing *Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999)). The undersigned respectfully submits that the Plaintiff's rights are fully protected by the filing of the Amended Complaint and there is no dispositive motion pending.[1] Furthermore, no other motions are pending, discovery has not commenced, and trial is not set.

3.   Additionally, the Court previously indicated it could not adequately evaluate the grounds for the undersigned's motion to withdraw since the original motion to withdraw cited to the Rules Regulating The Florida Bar without elaboration. (Doc. 14). As is often the case with a motion to withdraw, the undersigned cannot freely elaborate due to attorney-client privilege as to why Rule 4-1.16(a)(1) is implicated. But Rule 4-1.16(b) nevertheless permits the withdrawal here. More specifically, withdrawal is permissible under Rule 4-1.16(b)(1) because it can be accomplished without material adverse effect on the interests of the Plaintiff, who consents to the motion. It is further permissible under Rule 4-1.16(b)(4) and (5) because the continued representation of the Plaintiff will result in an unreasonable financial burden on the undersigned. In all, the undersigned respectfully submits that withdrawal is proper under Rule 4-1.16(a)(1) for reasons that cannot be disclosed, and under Rule 4-1.16(b)(1), (4) and (5) because the withdrawal can be accomplished without adverse effect on the Plaintiff and because of an unreasonable financial burden if the representation was to continue.

---

[1]   The Defendant has until September 18, 2025 to respond to the Amended Complaint under Fed. R. Civ. P. 15(a)(3), and if it files another motion to dismiss on that date, the Plaintiff will have until October 2, 2025 to respond under L.R. 7.1(c)(1), which should be ample time to secure new counsel.

2

4.  Counsel for the Defendant and the Plaintiff himself have advised that they do not oppose this motion.

5.  For all of these reasons, the undersigned respectfully requests that this renewed motion be granted.

### CONCLUSION

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting this Renewed Motion to Withdraw, and all other relief the Court deems just and proper.

Respectfully submitted,

Dated: September 4, 2025

**s/ Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Trial Counsel for Plaintiff
Yormak Employment & Disability Law
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I emailed/mailed the foregoing document and the notice of electronic filing by email to the following non-CM/ECF participants:

ARMAN MOTIWALLA
arman.motiwalla@gmail.com
720-518-9436

**s/ Benjamin H. Yormak**
Benjamin H. Yormak

3