UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-61290-LEIBOWITZ

ARMAN MOTIWALLA,
    *Plaintiff,*

v.

INNOVATIVE PARTNERSHIPS, L.L.P.,
    *Defendant.*

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court on the renewed Motion to Withdraw as Counsel for Plaintiff [ECF No. 17] (the "Motion"), filed on September 4, 2025—two days after the Court denied counsel's initial motion to withdraw. [*See* ECF No. 14]. The Court denied counsel's initial request, in part, on fairness grounds because counsel sought to withdraw while Defendant's motion to dismiss was pending, requiring Plaintiff to respond to the motion *pro se* in short order in this ERISA action. [*See id.* at 1]. The Court thus denied the motion and directed as follows: "**Counsel must respond to Defendant's Motion to Dismiss [ECF No. 12] by the September 9, 2025, deadline**." [ECF No. 14 at 1 (emphasis in original)].

Rather than comply with the Court's directive, counsel for Plaintiff filed an Amended Complaint to moot Defendant's Motion to Dismiss so counsel could withdraw from the representation. [*See* ECF Nos. 15, 17 ¶ 2]. That maneuver shall not succeed with the undersigned. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The Renewed Motion to Withdraw [**ECF No. 17**] is **DENIED**.

2.  Counsel must SHOW CAUSE **no later than September 24, 2025**, as to why counsel

for Plaintiff should not be sanctioned for failing to comply with a court order, failing which this case may be dismissed, *without further notice*.  *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order."); *see also Middlebrooks v. City of Macon-Bibb Cnty., Ga.*, No. 5:23-cv-00083-TES, 2024 WL 555884, at *12 (M.D. Ga. Feb. 12, 2024) (citing *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)) (affirming dismissal of action with prejudice for failure to comply with a court orders and court rules).

**DONE AND ORDERED** in the Southern District of Florida on September 9, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record

2