Docusign Envelope ID: 3610042B-9D66-4CFA-AFE6-4DB691551A4C

## DECLARATION OF ARMAN MOTIWALLA

I, Arman Motiwalla, verify the following under 28 U.S.C. §1746 and under the penalty of perjury:

1. I am over the age of eighteen (18) years and am competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this Declaration, and if called upon to testify, I could and would testify competently thereto.

2. I have been represented by Benjamin H. Yormak, Esq. since the commencement of this action in June 2025. Mr. Yormak has provided competent and professional representation throughout our attorney-client relationship.

3. I am aware that on August 27, 2025, during a lengthy telephone conference, defense counsel revealed to Mr. Yormak that Defendant would assert counterclaims involving certain complex issues outside of Mr. Yormak's practice area.

4. On August 29, 2025, Mr. Yormak promptly advised me of the impending counterclaims and his inability to adequately represent me in such specialized legal matters. Mr. Yormak explained that these areas were far beyond his expertise in labor and employment law.

5. During our discussion on August 29, 2025, Mr. Yormak presented me with specific options, including: (a) responding to Defendant's motion to dismiss, or (b) filing an amended complaint under Federal Rule of Civil Procedure 15. After considering these options and the additional facts I could provide to strengthen our case, I chose the amended complaint option as the strategic approach to improve our case's procedural posture.

6. On August 29, 2025, Mr. Yormak also provided me with formal notice of his intent to withdraw as my counsel and filed his Motion to Withdraw with the Court.

1

7.  I am aware that Mr. Yormak has filed a Motion to Withdraw as my counsel in this matter, and I have been fully informed of the reasons for his withdrawal request based on the evolving complexity of this case.

8.  I do not object to Mr. Yormak's withdrawal as my counsel. I understand and agree with his assessment that this case has evolved beyond its original scope into areas of law requiring specialized expertise.

9.  I agree that I will not be prejudiced by Mr. Yormak's withdrawal at this time. Based on Defendant's Answer filed on September 18, 2025 (Doc. 19), I understand that Defendant intends to assert complex counterclaims and defenses involving:

   a.  Complex tax issues;

   b.  Payment processing and regulatory matters;

   c.  Complex commercial damages calculations, including set-off computations, breach of contract claims, and tort damages assessments; and

   d.  Multi-jurisdictional regulatory compliance matters spanning multiple federal and state agencies.

10. I do not oppose Mr. Yormak's withdrawal and intent to retain counsel with broader expertise. These areas-including federal tax law, payment processing compliance, complex commercial litigation, and multi-jurisdictional regulatory matters-are outside Mr. Yormak's primary practice area of labor and employment law.

11. Mr. Yormak has successfully strengthened my case through the filing of the Verified Amended Complaint (Doc. 15), which rendered Defendant's motion to dismiss moot and placed this matter on solid procedural footing. Defendant has not filed any new dispositive motions challenging the Amended Complaint.

Docusign Envelope ID: 3610042B-9D66-4CFA-AFE6-4DB691551A4C

12. I understand that I will have adequate time to secure new counsel with the appropriate expertise before any substantive deadlines in this case. The strategic timing of this withdrawal-after the pleadings phase is complete but before the complex counterclaims and discovery-will best serve my interests.

13. I consent to Mr. Yormak's withdrawal and believe it is in my best interests to obtain specialized counsel who can effectively address the sophisticated legal issues that this case now involves.

14. I make this declaration of my own free will and for no improper purpose.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Arman Motiwalla*

8136A7A6C1E948C...

Arman Motiwalla

9/19/2025

3