# EXHIBIT "B"



**May 29, 2025**

**Mr. Arman Motiwalla**
REDACTED
Plantation, FL 33324
amotiwalla1577@outlook.com
arman@nulifehealth.net

**REIA & Co.**
444 NE 7th Street, #1214
Fort Lauderdale, FL 33304

**Subject: Notice of Immediate Termination of the Innovative Partners Incentive Agreement and Demand for Damages**

Dear Mr. Motiwalla,

We are writing regarding the **Innovative Partners Incentive Agreement** ("Agreement"), dated **July 17, 2023**, between **Innovative Partners, LP** ("Innovative") and **REIA & Co.** ("Recruiter"). Pursuant to Section 15(b) of the Agreement, this letter serves as formal notice of termination for cause. **Because Recruiter has breached the Agreement, Innovative demands payment of Recruiter's total Debit Balance of $1,215,880.83. Because Innovative is terminating the agreement for cause, the total Debit Balance is due and payable immediately.**

**Recruiter's Breaches of the Agreement**

Recruiter has materially breached the Agreement because Recruiter's Incentive Advance Account has a persistency above 10% in violation of Section 3(g) of the Agreement. Additionally, Recruiter is no longer in "good standing" under Section 1(r) of the  Agreement for at least the following reasons:  (1) Recruiter ceased providing services to Innovative as of August 30, 2024; (2) the Agreement has been terminated for cause; (3) Recruiter has breached Innovative's rules and policies because the Incentive Advance Account has a persistency above 10%; and (4) Recruiter did not provide services to Innovative for 24 consecutive months.

**Provisions Effective Immediately**

In accordance with Section 15(b) of the Agreement, the Debit Balance as of August 30, 2024 is immediately due and payable. Additionally, any accounts payable to Innovative—whether upline or downline—may be applied to offset this Debit Balance in accordance with Section 15(b) of the Agreement.  Recruiter's total Debit Balance is $1,215,880.83.

**Breach of the November 15, 2024 Confidential Information and Invention Assignment Agreement**



Mr. Motiwalla is also in breach of the November 15, 2024 Confidential Information and Invention Assignment Agreement entered into between Mr. Motiwalla and Innovative. Mr. Motiwalla, and his associates and counsel, should be on notice of that agreement's strict requirements and should anticipate that Innovative will protect its rights.

**Reservation of Rights**

This termination does not waive or relinquish any rights, claims, defenses, or causes of action that Innovative may hold under the Agreement or applicable law.  All such rights are expressly reserved.

**Retention of Documents**

Be aware that, under applicable law, Recruiter is required to maintain any and all electronic or hard copy documents, communications, and electronic data and information which may be relevant to Innovative's claims, including but not limited to, hard drives, databases, web pages, server logs, spreadsheets, correspondence, "chat" messages including texts, Telegram, WhatsApp, and Signal, e-mail and electronic communications, social media posts, off-line storage or information stored on removable media, information contained on computers and phones (whether business or personal), and network access information. A failure to abide by these requirements may result in penalties against Recruiter, and form the basis of legal claims for spoliation, in the event Innovative is forced to pursue litigation.

**Demand for Damages**

As stated above, Innovative demands payment of the outstanding Debit Balance of $1,215,880.83. Innovative notes that further damages may accrue and reserves its right to seek them. Innovative encourages Recruiter to respond to this letter stating Recruiter's willingness and intention to pay the due amount. If Recruiter fails to do so, Innovative may take legal action to vindicate its rights without further notice to Recruiter.

**Contact Information**

Should you have any questions or require further clarification, please direct all inquiries to the following:

**Josh Spoont**
**josh@sodhispoont.com**
**1900 N.W. Corporate Blvd., Ste. 301W**
**Boca Raton, Florida 33431**
**(561)576-7770**

Sincerely,

**Amani Shokry**
**Innovative Partners, LP**