**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case no.: 0:25-cv-61290-LEIBOWITZ**

ARMAN MOTIWALLA, an individual,

      Plaintiff,

v.

INNOVATIVE PARTNERS L.P., a Texas
limited partnership,

      Defendants.

_____/

INNOVATIVE PARTNERS L.P., a Texas
limited partnership,

      Counter-Plaintiff,

v.

ARMAN MOTIWALLA, an individual
and REIA & CO LLC, a Delaware limited
liability company,

      Counter-Defendants.

_____/

**DEFENDANT/COUNTERCLAIM-PLAINTIFF INNOVATIVE PARTNERS L.P.'S**
**RESPONSE TO ORDER TO SHOW CAUSE**

Defendant/Counterclaim-Plaintiff, INNOVATIVE PARTNERS, L.P. ("Innovative"), by

and through its undersigned counsel, hereby responds to the Court's Order dated December 4,

2025 [ECF No. 33], and states:

1.     On September 30, 2025, Innovative amended its answer in this action to include a

counterclaim against Plaintiff Arman Motiwalla and added an additional counterclaim defendant,

Reia & Co., LLC ("Reia & Co.").

2.      On December 4, 2025, the Court issued a *sua sponte* Order (the "Order to Show Cause") [ECF No. 33], noting that a summons had not yet been issued for Reia & Co., and directing Innovative to show cause on or before December 31, 2025 as to why Reia & Co. had not been served with process.

3.      That same day, Innovative obtained a summons and served Reia & Co. with process.   *See* Return of Service, ECF No. 36.

4.      Because Reia & Co. has now been served with process in compliance with time limits set by the Order to Show Cause and Fed. R. Civ. P. 4(m), Innovative respectfully requests the Court discharge the Order to Show Cause.

Date: <u>December 23, 2025</u>                    Respectfully submitted,

By: /s/ *Joshua L. Spoont*
      Joshua L. Spoont
      Florida Bar No. 53263
      josh@sodhispoont.com
      Nathaniel M. Edenfield
      Florida Bar No. 91034
      nate@sodhispoont.com
      Mauricio A. Torres
      Florida Bar No. 1059067
      mauricio@sodhispoont.com
      **SODHI SPOONT PLLC**
      3050 Biscayne Blvd., Ste. 701
      Miami, FL 33137
      Tel: 305-907-7573
      *Counsel for Defendant / Counter-Plaintiff,*
      *Innovative Partners, L.P.*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that the foregoing was filed on the CM/ECF system and that a

true and correct copy was served therefrom by e-mail on December 23, 2025 on all counsel or

parties of record on the service list below:


G. Ware Cornell, Jr.
Florida Bar Number 203920
*Counsel for Plaintiff*
Cornell & Associates, P.A.
2645 Executive Park Drive
Weston, Florida 33331
Telephone: (954) 618-1041
Email: ware@warecornell.com


                                              */s/ Joshua L. Spoont*
                                              Joshua L. Spoont
                                              Nathaniel M. Edenfield
                                              Mauricio A. Torres

3