UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-61290-LEIBOWITZ

ARMAN MOTIWALLA,
        *Plaintiff/Counter-Defendant,*
v.

INNOVATIVE PARTNERS, LLP*,*
        *Defendant/Counter-Plaintiff.*
_____/

ORDER

**THIS CAUSE** is before the Court upon Defendant/Counter-Plaintiff Innovative Partner LLP's ("IP") Motion to Strike Plaintiff/Counterclaim Defendant Arman Motiwalla's Affirmative Defendants [ECF No. 42] (the "Motion"), filed on January 20, 2026.  Upon due consideration, the Motion is DENIED for failure to comply with the Local Rules.

Local Rule 7.1(a)(3) requires pre-filing conferences.  Indeed, the rule is titled "Pre-filing Conferences Required of Counsel."  S.D. Fla. Loc. R. 7.1(a)(3).  With certain exceptions not applicable here, the rule requires the movant's counsel to "confer (orally or in writing)" or "make reasonable effort to confer (orally or in writing)" with all parties "in a good faith effort to resolve by agreement the issues to be raised in the motion."  *Id.*  The rule also requires other counsel to "cooperate and act in good faith in attempting to resolve the dispute."  *Id.*  Finally, the movant must certify either that (1) the movant's counsel did, in fact, confer but was unable to resolve the issues, or (2) the movant's counsel made "reasonable efforts" to confer but was unable to do so.  *Id.*

In the instant Motion, IP states only that its counsel "communicated the relief requested in this motion via e-mail to counsel for Reia" on January 20, 2026 and that "as of the time of this filing, no response has been received."  [ECF No. 42 at 2].  The Court advises IP that meaningful conferral in this District requires more than perfunctory e-mail exchanges.  *See Royal Bahamian Ass'n Inc. v. QBE Ins.,* 744 F. Supp. 2d 1297, 1299 n.2 (S.D. Fla. 2010).  Furthermore, failure to comply with the conferral

requirement "may be cause" to "grant or deny the motion and impose on counsel an appropriate sanction," which "may include an order to pay the amount of the reasonable expenses incurred because of the violation." S.D. Fla. Loc. R. 7.1(a)(3). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 42**] is **DENIED WITHOUT PREJUDICE**. The Court DIRECTS the parties to meet in person and confer about each of the objections to the forty-eight (48) affirmative defenses asserted prior to filing a renewed motion requesting the Court strike them.

**DONE AND ORDERED** in the Southern District of Florida on January 26, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record