**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No.: 0:25-cv-61290-LEIBOWITZ**

ARMAN MOTIWALLA, an individual,

      Plaintiff,

v.

INNOVATIVE PARTNERS L.P., a Texas
limited partnership,

      Defendant.

_____/

INNOVATIVE PARTNERS L.P., a Texas
limited partnership,

      Defendant/Counter-Plaintiff,

v.

ARMAN MOTIWALLA, an individual
and REIA & CO LLC, a Delaware limited
liability company,

      Plaintiff/Counter-Defendants.

_____/

**DEFENDANT/COUNTER-PLAINTIFF INNOVATIVE PARTNERS L.P.'S NOTICE OF AGREEMENT CONCERNING AMENDMENT OF PLAINTIFF/COUNTER-DEFENDANTS' AMENDED AFFIRMATIVE DEFENSES**

Defendant/Counter-Plaintiff, INNOVATIVE PARTNERS L.P. ("Innovative"), hereby notifies the Court of the agreement reached concerning Plaintiff/Counter-Defendants REIA & CO LLC and ARMAN MOTIWALLA's ("Plaintiff/Counter-Defendants") intention to amend their operative affirmative defenses, and states as follows:

1.      Plaintiff/Counter-Defendants filed their respective Amended Answers and Affirmative Defenses to Counterclaim (ECF Nos. 45, 46) on February 6, 2026.

2.      On February 26, 2026, counsel for the Parties conferred via telephone in a good-faith meet-and-confer regarding Innovative's anticipated motion to strike certain affirmative defenses contained in Plaintiff/Counter-Defendants' Amended Answer to the Counterclaim.

3.      In lieu of a motion to strike, the Parties' counsel agreed that Plaintiff/Counter-Defendants would amend their operative affirmative defenses within twenty (20) days.

4.      Innovative has provided written consent to Plaintiff/Counter-Defendants to amend pursuant to Federal Rule of Civil Procedure 15(a)(2) and has agreed not to file a motion to strike at this time to allow time for the amendment.[1]

Date: <u>February 26, 2026</u>                    Respectfully submitted,


                                      By: /s/ *Nathaniel M. Edenfield*
                                          Joshua L. Spoont
                                          Florida Bar No. 53263
                                          josh@sodhispoont.com
                                          Nathaniel M. Edenfield
                                          Florida Bar No. 91034
                                          nate@sodhispoont.com
                                          Mauricio A. Torres
                                          Florida Bar No. 1059067
                                          mauricio@sodhispoont.com
                                          **SODHI SPOONT PLLC**
                                          3050 Biscayne Blvd., Ste. 701
                                          Miami, FL 33137
                                          Tel: 305-907-7573
                                          *Counsel for Defendant/Counter-Plaintiff,*
                                          *Innovative Partners L.P.*

---

[1] Given this agreement, Innovative respectfully requests leave to file a motion to strike if the amended pleadings are not timely filed.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that the foregoing was filed on the CM/ECF system and that a

true and correct copy was served therefrom by e-mail on February 26, 2026 upon all counsel or

parties of record on the service list below:


G. Ware Cornell, Jr.
Florida Bar Number 203920
*Counsel for Plaintiff/Counter-Defendants*
*Arman Motiwalla Reia & Co LLC*
Cornell & Associates, P.A.
2645 Executive Park Drive
Weston, Florida 33331
Telephone: (954) 618-1041
Email: ware@warecornell.com


                                        */s/ Nathaniel M. Edenfield*
                                        Nathaniel M. Edenfield


3