**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case no.: 0:25-cv-61290-LEIBOWITZ

ARMAN MOTIWALLA, an individual,
Plaintiff
v.
INNOVATIVE PARTNERS L.P., a Texas limited partnership,
Defendants

_____

INNOVATIVE PARTNERS L.P., a Texas limited partnership,
Counter-Plaintiff
v.
ARMAN MOTIWALLA, an individual and
REIA & CO LLC, a Delaware limited liability company,
Counter-Defendants

_____/

**SUGGESTION OF DEATH**

Counsel for Plaintiff/Counter-Defendant Arman Motiwalla hereby suggests upon the

record, pursuant to Fed. R. Civ. P. 25(a)(1), the death of Plaintiff/Counter-Defendant ARMAN

MOTIWALLA on April 8, 2026.

**DATED APRIL 15, 2025**                                    **FOR PLAINTIFF:**

BY: */s/ G. Ware Cornell, Jr.*
G. Ware Cornell, Jr.
FBN: 203920
ware@warecornell.com
**CORNELL & ASSOCIATES, P.A.**
2645 Executive Park Drive
Weston, Fla. 33331
(954) 618-1041

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing this 15th day of April , 2026.

*/s/ G. Ware Cornell, Jr.*
**CORNELL & ASSOCIATES, P.A.**
Counsel for Plaintiff

**SERVICE LIST**

Joshua Lee Spoont
Nate Edenfield
1900 NW Corporate Blvd., Ste. 301W
Boca Raton, FL 33431

josh@sodhispoont.com,

Nate@sodhispoont.com

service@sodhispoont.com