**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-61290-LEIBOWITZ**

**ARMAN MOTIWALLA,**

    *Plaintiff,*

v.

**INNOVATIVE PARTNERS L.P.,**

    *Defendant.*

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Status report and Stipulation for Dismissal without Prejudice [ECF No. 59] (the "Notice"), filed on June 1, 2026.  Upon due consideration of the Notice, this case is DISMISSED WITHOUT PREJUDICE.  Accordingly, the *Clerk of Court* is INSTRUCTED to CLOSE this case.  All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 2, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record